UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE: NONJUDICIAL FORFEITURE | ) | MBD. No. 19-mc-91157 |
| PROCEEDING | ) | |
| | ) | |

### ORDER EXTENDING THE TIME TO FILE
### CIVIL FORFEITURE COMPLAINT AND/OR
### OBTAIN INDICTMENT ALLEGING FORFEITURE

WHEREAS, Austin Nedved (the "Claimant") has filed a claim to the following property

in a nonjudicial civil forfeiture proceeding with the United States Customs and Border Protection

("CBP") and the United States Postal Inspection Service ("USPIS"):

a. $440,000 in United States currency, seized on December 11, 2018, from Austin Nedved, in Shrewsbury Massachusetts;

b. $33,654.95 in United States currency, seized on December 11, 2018, from Austin Nedved, in Shrewsbury Massachusetts;

c. $670 in United States currency, seized on December 11, 2018, from Austin Nedved, in Northborough, Massachusetts;

d. $8,000 in United States currency, seized on December 14, 2018, from Cong Nguyen, in Boston, Massachusetts;

e. $1,500 in United States currency, seized on December 14, 2018, from Joseph Fallstrom, in Boston, Massachusetts;

f. $9,000 in United States currency, seized on December 14, 2018, from Joseph Fallstrom, in Boston, Massachusetts;

g. $10,000 in United States currency, seized on December 14, 2018, from J. Merrell, in Boston, Massachusetts;

h. $11,220 in United States currency, seized on December 14, 2018, from Jordan Dunbar, in Boston, Massachusetts;

i. $1,700 in United States currency, seized on December 14, 2018, from Charles Thomas, in Boston, Massachusetts;

j.      $1,800 in United States currency, seized on December 14, 2018, from Anthony Ufkin, in Boston, Massachusetts;

k.      $1,500 in United States currency, seized on December 14, 2018, from Russ Williams, in Boston, Massachusetts;

l.      $9,000 in United States currency, seized on December 14, 2018, from Jon Wray, in Boston, Massachusetts;

m.      $4,400 in United States currency, seized on December 14, 2018, from Adam Vito, in Boston, Massachusetts;

n.      $2,000 in United States currency, seized on December 14, 2018, from RDT LNU, in Boston, Massachusetts; and

o.      $10,743 in United States currency, seized on December 14, 2018, from Holden Smith, in Boston, Massachusetts;

(the "Defendant Properties").

WHEREAS, the United States and the Claimant jointly request upon agreement of the parties, as provided in 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture;

WHEREAS, the United States represents to the Court that CBP and USPIS sent notice of its intent to forfeit the Defendant Properties as required by 18 U.S.C. § 983(a)(1)(A), that no other person has filed a claim to the Defendant Properties as required by law in the nonjudicial civil forfeiture proceedings, and that the time within which to file such claims has expired; and

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture based upon agreement of the parties or good cause shown.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture is extended to June 29, 2019.


Date: _____4/19/2019_____                    /s/ Leo T. Sorokin
                                                                    _____

                                                                    United States District Judge