UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NONJUDICIAL FORFEITURE PROCEEDING ) ) ) ) | MBD. No. 19-mc-91157 |

## ORDER EXTENDING THE TIME TO FILE
## CIVIL FORFEITURE COMPLAINT AND/OR
## <u>OBTAIN INDICTMENT ALLEGING FORFEITURE</u>

WHEREAS, Austin Nedved (the "Claimant") has filed a claim to the following property in a nonjudicial civil forfeiture proceeding with the United States Customs and Border Protection ("CBP") and the United States Postal Inspection Service ("USPIS"):

a. $440,000 in United States currency, seized on December 11, 2018, from Austin Nedved, in Shrewsbury Massachusetts;

b. $33,654.95 in United States currency, seized on December 11, 2018, from Austin Nedved, in Shrewsbury Massachusetts;

c. $670 in United States currency, seized on December 11, 2018, from Austin Nedved, in Northborough, Massachusetts;

d. $8,000 in United States currency, seized on December 14, 2018, from Cong Nguyen, in Boston, Massachusetts;

e. $1,500 in United States currency, seized on December 14, 2018, from Joseph Fallstrom, in Boston, Massachusetts;

f. $9,000 in United States currency, seized on December 14, 2018, from Joseph Fallstrom, in Boston, Massachusetts;

g. $10,000 in United States currency, seized on December 14, 2018, from J. Merrell, in Boston, Massachusetts;

h. $11,220 in United States currency, seized on December 14, 2018, from Jordan Dunbar, in Boston, Massachusetts;

i. $1,700 in United States currency, seized on December 14, 2018, from Charles Thomas, in Boston, Massachusetts;

    j.    $1,800 in United States currency, seized on December 14, 2018, from Anthony Ufkin, in Boston, Massachusetts;

    k.    $1,500 in United States currency, seized on December 14, 2018, from Russ Williams, in Boston, Massachusetts;

    l.    $9,000 in United States currency, seized on December 14, 2018, from Jon Wray, in Boston, Massachusetts;

    m.    $4,400 in United States currency, seized on December 14, 2018, from Adam Vito, in Boston, Massachusetts;

    n.    $2,000 in United States currency, seized on December 14, 2018, from RDT LNU, in Boston, Massachusetts; and

    o.    $10,743 in United States currency, seized on December 14, 2018, from Holden Smith, in Boston, Massachusetts;

(the "Defendant Properties").

WHEREAS, on April 19, 2019, the Court granted a Joint Motion to Extend Time to File Civil Complaint to June 29, 2019. On June 25, 2019, the Court granted a Joint Motion to Extend Time to File Civil Complaint to August 28, 2019. On August 20, 2019, the Court granted a Joint Motion to Extend Time to File Civil Complaint to October 27, 2019. On October 16, 2019, the Court granted a Joint Motion to Extend Time to File Civil Complaint to December 26, 2019. On December 18, 2019, the Court granted a Joint Motion to Extend Time to File Civil Complaint to February 24, 2020. The United States and the Claimant jointly request upon agreement of the parties, as provided in 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture;

WHEREAS, the United States represents to the Court that CBP and USPIS sent notice of its intent to forfeit the Defendant Properties as required by 18 U.S.C. § 983(a)(1)(A), that no

other person has filed a claim to the Defendant Properties as required by law in the nonjudicial civil forfeiture proceedings, and that the time within which to file such claims has expired; and

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture based upon agreement of the parties or good cause shown.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture is extended to April 24, 2020.

Date: __2/21/2020_____  __/s/ Leo T. Sorokin_____
LEO T. SOROKIN
United States District Judge

Case 1:19-mc-09157-LTS Document 189 Filed 02/21/2020 Page 3 of 3